**FILED**

December 9, 2011

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NUMBER: 2:11-mj-374 KJN |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| JORGE OROZCO, ) | |
| ) | |
| Defendant. ) | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Jorge Orozco</u>; Case <u>2:11-mj-374 KJN</u> from

custody subject to the conditions contained in the attached "Notice to Defendant Being Released"

and for the following reasons:

        <ins>__</ins>    Release on Personal Recognizance

        <ins>_</ins>    Bail Posted in the Sum of _____

        <ins>X</ins>    Unsecured Appearance Bond in the amount of <u>$100,000.00</u>

            co-signed by defendant's sister, Margarita Morales.

        <ins>_</ins>    Appearance Bond with 10% Deposit

        <ins>_</ins>    Appearance Bond secured by Real Property

        <ins>__</ins>    Corporate Surety Bail Bond

        <ins>X</ins>    (Other) <u>Pretrial Supervision/Conditions; third-party custodian,</u>

            <u>Margarita Morales.</u>

Issued at <u>Sacramento, CA</u> on _____ <u>12/9/2011</u> _____ at <u>3:00 p.m.</u>

By _____

Kendall J. Newman
United States Magistrate Judge